RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE __10/14/10__
GB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **STERLING HENRY GIVENS, JR.** | **CRIMINAL ACTION NO. 07-20052** |
| | **CIVIL ACTION NO. 10-1409** |
| **VERSUS** | **JUDGE HAIK** |
| **UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

Sterling Henry Givens, Jr.'s Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Rec. Doc. 445) is summarily **DENIED** and **DISMISSED** with prejudice.

Lafayette, Louisiana, this 13 day of October, 2010.

_____
DISTRICT JUDGE RICHARD T. HAIK, SR.